F#: 2007V01876

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA

- against -

HELEN MICHEL

Defendants.

-------------------------------X

**ORDER**

CR-07-0889 (JFB)

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JAN 23 2015 ★

LONG ISLAND OFFICE

IT IS HEREBY ORDERED that the Judgment of Conviction entered on April 10, 2013 against defendant Helen Michel, is hereby supplemented in order to add and/or identify the victim and/or payee as to the restitution judgment in the sum of four million, four hundred forty-four thousand, four hundred and sixty-eight dollars and no cents ($4,444,468.00) as the Centers for Medicare and Medicaid Services, Office of Financial Services.

Dated: Central Islip, New York
       January 23, 2015

S/Joseph F. Bianco
HONORABLE JOSEPH F. BIANCO
UNITES STATES DISTRICT JUDGE